**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tracy L. COLLIER, Defendant–Appellant.**

**No. 17-11227**

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(February 1, 2018)

Aine Ahmed, Kathryn Dee Risinger, U.S. Attorney's Office, Panama City, FL, Christopher P. Canova, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, for Plaintiff-Appellee

Tracy L. Collier, Pro Se

Before TJOFLAT, WILLIAM PRYOR, and ANDERSON, Circuit Judges.

PER CURIAM:

Rachel R. Seaton, appointed counsel for Tracy Collier in this direct criminal appeal, has moved to withdraw from further representation of Collier and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that Seaton's assessment of the relative merit of the appeal is correct.[1] Because independent examination of the entire record reveals no arguable issues of merit, the motion to withdraw from further representation is **GRANTED** and Collier's total sentence is **AFFIRMED**.

---

1. This Court has previously affirmed Collier's convictions, but we vacated his total sentence and remanded for resentencing because the District Court failed to make adequate findings as to (1) whether Collier had reason to know that the conspiracy that formed the basis for his charges involved over 50 victims, such that a number of victims enhancement was appropriate, and (2) whether Collier was entitled to a mitigating role reduction. *See United States v. Taylor*, 652 Fed.Appx. 902 (11th Cir. 2016), *cert. denied sub nom. Collier v. United States*, —— U.S. ——, 137 S.Ct. 1232, 197 L.Ed.2d 468 (2017).